808

**Curtis R. MATHIS, District Director of Internal Revenue**

v.

**Bettie M. PALMER, Individually, etc.**

**No. 17190.**

United States Court of Appeals
Eighth Circuit.

Oct. 25, 1962.

James W. Gallman, Asst. U. S. Atty. for appellant.

J. G. Williamson, Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion of appellant.

**ARTHUR ANDERSEN & CO., Petitioner-Appellant,**

v.

**Donald VINCENT, Trustee in Bankruptcy of Century Chemical Corporation, Debtor, Respondent-Appellee.**

**No. 23, Docket 27085.**

United States Court of Appeals
Second Circuit.

Argued Oct. 11, 1962.

Decided Oct. 25, 1962.

Charles G. Pillon, of Dunningham, Bartholow, & Miller, New York City, for petitioner-appellant.

David W. Kahn, New York City, for respondent-appellee.

Before CLARK, MOORE, and SMITH, Circuit Judges.

PER CURIAM.

Order affirmed. Meyer v. C & H Trading Corp., 2 Cir., 242 F.2d 510.

**INDUSTRIAL FASTENERS CORPORATION, Appellant,**

v.

**Dennis A. MOORE, d/b/a Southern Industrial Fastener Corp., and Southern Industrial Fastener Corp., Appellees.**

**No. 19669.**

United States Court of Appeals
Fifth Circuit.

Oct. 30, 1962.

Willis C. Darby, Jr., Kilborn, Darby & Kilborn, Mobile, Ala., for appellant.

M. A. Marsal, Mobile, Ala., for appellees.

Before RIVES, CAMERON and BROWN, Circuit Judges.

PER CURIAM.

A careful reading and consideration of the complaint leaves us in no doubt that the district court erred in granting the defendants' motion to dismiss, under the principles adequately stated in Aetna Casualty & Surety Co. v. Aetna Auto Finance, Inc., 5 Cir., 1941, 123 F.2d 582, 584, and John Walker & Sons, Ltd. v. Tampa Cigar Co., Inc., 5 Cir., 1952, 197 F.2d 72, 73, 74.

The judgment of the district court is reversed and the cause is remanded with directions to overrule the motion to dismiss and for further proceedings not inconsistent herewith.

Reversed and remanded.